E-FILED 06/26/12

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HONG,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Philadelphia, PA corporation, and DOES 1-50,<br><br>    Defendants. | Case No.:  CV12-00369-PSG-(MAN)<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

Upon the Stipulation of Dismissal with Prejudice signed by the Parties and for good cause shown, the above-captioned matter is DISMISSED with prejudice in its entirety.  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED:


Date:   06/26   , 2012


By: _____
THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

PHILIP S. GUTIERREZ